UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JUSTIN WILLIAMS,<br><br>　　Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>　　Defendant. | No. 5:22-CV-294-H |

### ORDER OF DISMISSAL

This matter came before the Court for a jury trial. Before the close of his case, the plaintiff made an oral motion to dismiss the case with prejudice, which the Court construes as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). The defendant did not oppose this motion and has not pled a counterclaim in this matter. The Court finds that the motion should be granted. Accordingly, this case is dismissed with prejudice, according to the parties' terms, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on February 14, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE